UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SEAN MICHAEL RYAN,<br><br>                                      Plaintiff,<br><br>v.<br><br>PETER WATSON,<br><br>                                      Defendant. | Case No. 24-11534<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S
PREMATURE REQUEST TO EXTEND DISCOVERY
(ECF NO. 24)**

Pro se Plaintiff Sean Michael Ryan sues under 42 U.S.C. § 1983. The Honorable Linda V. Parker referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 20. Ryan moves for the Court to determine the sufficiency of defendant's responses to his first set of discovery requests.  ECF No. 24.  In that same filing, Ryan also asks to extend discovery for an additional sixty days.  *Id*., PageID.328.

1

But discovery does not close until June 17, 2026.  ECF No. 21, PageID.267.  Thus, the Court **DENIES WITHOUT PREJUDICE AS PREMATURE** that portion of Ryan's motion that asks to extend discovery.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: March 26, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 26, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager